THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellant, *v.* ANGELO NIEVES, Defendant-Appellee.

(Nos. 60489, 60620-23 cons.;

First District (2nd Division)—April 8, 1975.

PER CURIAM.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Michael F. Baccash, Assistant State's Attorneys, of counsel), for the People.

Dean S. Wolfson, and Francis E. Andrew, of Chicago, for appellee.